# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Edwin Alfredo Tzunux Pu,

Petitioner

v.

Todd Blanche, *et al.*,

Respondents

Case No. 2:26-cv-02521-CDS-NJK

**Order Approving Stipulation to Extend Time to File Amended Petition**

[ECF No. 6]

Based on the parties' stipulation, the amended petition currently due on September 9, 2026, is now due on December 8, 2026. The respondents must file a response within fourteen days of being served with the amended petition. The petitioner will have five days to file a reply. Any future requests to continue will require the parties to set forth good cause for seeking additional time.

Dated: September 11, 2026

UNITED STATES DISTRICT JUDGE